United States District Court for the Western District of Wisconsin

2020 MAY -8 AM 11: 18

| | |
|---|---|
| Vickey Davidson, | File Number 18-cv-1061-jdp |
| Plaintiff(s), | |
| | Notice of |
| Appeal v. | |
| State Collection Service, Inc, | |
| Defendant(s) | |

Notice is hereby given that VICKEY DAVIDSON (Plaintiff)
STATE COLLECTION SERVICE INC (Defendant)
In the above named case, * hereby appeal to the United States Court of Appeals for the
7TH Circuit Dismissal of case the Defendants Summary Judgement entered in this action on the 8TH day of April, 2020

VICKEY DAVIDSON
1327 5TH AVE
ROCKFORD, IL 61104
815.914.4563
VICKEYDAVIDSON@AOL.COM

*/s/ Vickey J. Davidson*